IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | |
|---|---|
| Lula Mae Wells, ) | Civil Action No. 3:17-cv-03143-DCC |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **STIPULATION OF DISMISSAL** |
| ) | **WITH PREJUDICE** |
| John Alden Life Insurance Company, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THE PARTIES HEREBY STIPULATE AND AGREE that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action and all claims asserted therein are hereby DISMISSED, with prejudice.

THE PARTIES ALSO STIPULATE AND AGREE that the prior stipulation of the parties entered on May 9, 2018 shall be terminated and is no longer in force or effect.

THE PARTIES FURTHER STIPULATE AND AGREE that each party shall be responsible for its own costs and attorneys' fees.

| *WE SO STIPULATE:* | *WE SO STIPULATE:* |
|---|---|
| NELSON MULLINS RILEY & SCARBOROUGH LLP | CHAPPELL, SMITH, & ARDEN P.A. |
| | |
| By: *s/D. Larry Kristinik* | By: *s/Mark D. Chappell* |
|   D. Larry Kristinik |   Mark D. Chappell |
|   Federal Bar No. 5744 |   Federal Bar No. 106 |
|   Post Office Box 11079 |   Post Office Box 12330 |
|   Columbia, SC 29211 |   Columbia, SC 29211 |
|   (803) 799-2000 |   (803) 929-3600 |
| | |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |
| | |
| Columbia, South Carolina | Columbia, South Carolina |
| December __, 2018 | December __, 2018 |